**DISMISS and Opinion Filed August 29, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00736-CV

**CITY OF WILMER, TEXAS AND SHEILA PETTA, MAYOR,
IN HER OFFICIAL CAPACITY, Appellants
V.
EDD RD RV PARK, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-13732**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

On August 14, 2023, we sent a letter to appellants questioning our jurisdiction over the appeal and requested that they file a motion for an extension of time to file the notice of appeal by August 24, 2023. In our letter, we warned appellants that the appeal was subject to dismissal without further notice should they fail to file the requested extension motion. To date, appellants have not filed the requested extension motion.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


              /Robert D. Burns, III/
              ROBERT D. BURNS, III
              CHIEF JUSTICE

230736F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CITY OF WILMER, TEXAS AND
SHEILA PETTA, MAYOR, IN HER
OFFICIAL CAPACITY, Appellants

No. 05-23-00736-CV        V.

EDD RD RV PARK, LLC, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-13732.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 29, 2023